RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Armando Lepe

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO LEPE,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00152-BNW<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT**<br>(Second Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Armando Lepe, that the joint status report currently due on July 10, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Additional time is needed for Mr. Lepe to complete the course requirements under the plea agreement. Mr. Lepe has paid the fine in the amount of $530. Receipt of payment was confirmed with the Court on June 27, 2024.

2. Mr. Lepe is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for an extension of time to file the joint status report.

DATED this 8th day of July 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Keisha K. Matthews*<br>By_____<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender |    */s/ Skyler Pearson*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO LEPE,<br><br>　　　　Defendant. | Case No. 2:22-cr-00152-BNW<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Additional time is needed for Mr. Lepe to complete the course requirements under the plea agreement. Mr. Lepe has paid the fine in the amount of $530. Receipt of payment was confirmed with the Court on June 27, 2024.

2. Mr. Lepe is out of custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the joint status report currently scheduled on Wednesday, July 10, 2024, at 12:00 p.m., be vacated and continued to   August 12, 2024

DATED this   9   day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE